FILE COPY

No. 07-13-00292-CR

| | | |
|---|---|---|
| Daniel Medrano<br>    Appellant | § | From the 140th District Court<br>    of Lubbock County |
| | § | |
| v. | | August 20, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 20, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o